JS-6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

8
9
10

| | |
|---|---|
| JAMES SMOLLEN, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>KALITTA AIR, L.L.C., and DOES 1 through 5,<br><br>        Defendants. | CASE NO. EDCV14-00295-JLS(DTBx)<br><br>**ORDER RE**<br>**JOINT STIPULATION OF**<br>**DISMISSAL**<br><br>District Judge Hon. Josephine L. Staton<br>Magistrate Judge Hon. David T. Bristow<br><br>Courtroom: 10-A<br>Trial Date: March 24, 2015 |

11
12
13
14
15
16
17
18
19
20
21

     Having considered the parties' Joint Stipulation of Dismissal, and for good cause appearing,

22
23

    ///

24

    ///

25

    ///

26

    ///

27
28

1      IT IS HEREBY ORDERED that the Joint Stipulation of Dismissal is approved

2   and entered by this Court and the above-captioned action is dismissed with prejudice

3   and without further order of the Court, and all parties to bear their own costs and

4   attorneys' fees.

5      IT IS SO ORDERED.

6

7

8

9   Dated: November 04, 2014      _____JOSEPHINE L. STATON_____

10                                Hon. Josephine L. Staton

11                                U.S. District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2